```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────────────

**JANE DOE, ET AL.,**

                Plaintiffs,    18-cv-10950 (JGK)

    - against -                      <u>ORDER</u>

**HCL AMERICA, INC. ET AL.,**

                Defendants.

─────────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The parties are required to provide the Court with a report on the status of the mediation process within seven days of the completion of mediation and in any event, by **May 15, 2020.**

**SO ORDERED.**

**Dated:**   **New York, New York**
         **April 17, 2020**        /s/ John G. Koeltl
                                  **John G. Koeltl
                          United States District Judge**