```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――

**JANE DOE, ET AL.,**

              Plaintiffs,          18-cv-10950 (JGK)

    - against -                   ORDER

**HCL AMERICA, INC. ET AL.,**

              Defendants.

―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The parties are directed to file a status report by July 24, 2020.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **July 15, 2020**         \_\_\_\_\_/s/ John G. Koeltl_____
                                           **John G. Koeltl**
                               **United States District Judge**